FILE COPY

No. 07-15-00039-CR

| | | |
|---|---|---|
| Joseph Lewis Gonzales | § | From the 181st District Court |
|   Appellant | |   of Potter County |
| | § | |
| v. | | November 30, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 30, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o